# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2017 JUN -1  A 9: 28

| | |
|---|---|
| Melissa S. Reynolds ) | |
|    Plaintiff ) | Case No: |
| ) | 2:17-CV-03449-SDW-LDW |
| vs ) | |
| ) | |
| Universal Fidelity LP ) | |
|    Defendant | |

## MOTION TO DISMISS

Plaintiff moves the court to dismiss this case without prejudice and to remove IFP application petition.. A settlement agreement has been reached between the Plaintiff and Defendant.

WHEREFORE, Plaintiff request that the Court dismiss this case without prejudice.

Dated: May 24, 2017

*Case is dismissed with prejudice.*
*So Ordered this 2nd day of June 2017*
*Susan D. Wigenton, U.S.D.J.*

Respectfully submitted,

Melissa Reynolds
509 Trotters Lane
Elizabeth, NJ 07208